IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**PAUL HENYARD, JR.**                                                                                       **PLAINTIFF**

v.                                  **CASE NO. 4:21-CV-00013 BSM**

**LUCAS EDWARDS, et al.**                                                                           **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 1st day of November, 2022.

_____
UNITED STATES DISTRICT JUDGE